(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Kimberly Thomas, Plaintiffs
(Pro se)

v.

Christiana Health Care Services, Defendant

Civ. Action No. 21-746
(To be assigned by Clerk's Office

**COMPLAINT FOR
EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
"Yes
✓"No

1. This action is brought pursuant to (check all spaces that apply):

    " Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

    " Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

    " Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

    " Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at ____102 West Ave____
    (Street Address)
    New Castle         DE        19720
    (City)    (County)    (State)    (Zip Code)
    302-608-0122
    (Area Code) (Phone Number)    . Attach additional sheets if more than one Plaintiff.

3. Defendant resides at, or its business is located at ____4755 Ogletown-Stanton RD____
    (Street Address)
    Newark             DE        19718    .(
    City)    (County)    (State)    (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's _____Christiana Care_____ place of business
(Defendant's Name)

located at _____4755 Ogletown-Stanton rd_____
(Street Address)

_____Newark_____ _____ _____DE_____ _____19718_____.(
City)            (County)        (State)        (Zip Code)

5. The alleged discriminatory acts occurred on ___13___, ___2___ ___2017___,
(Day)     (Month)     (Year)

6. The alleged discriminatory practice  " is   " is not   continuing.

7. On_____,_____,_____, Plaintiff filed charges
(Day)       (Month)       (Year)

with the Department of Labor of the State of Delaware: _____DDOL_____,
(Agency)

_____
(Street Address)              (City)        (County)
_____, regarding defendant's alleged discriminatory conduct.
(State)        (Zip Code)

8. On ___29___, ___8___, ___2017___, Plaintiff filed charges
(Day)   (Month)   (Year)

with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: ___27___, ___2___, ___2021___.
(Day)   (Month)   (Year)

**(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

   A. " Failure to employ plaintiff.
   B. " Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date:_____.
   C. " Failure to promote plaintiff. Plaintiff was refused a promotion on the following date:_____.
   D. ✓ " Other acts (please specify): __I was harassed by my former Employer__
   _____
   _____

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

      A. ☑ Plaintiff's race
      B. ☑ Plaintiff's color
      C. ☐ Plaintiff's sex
      D. ☐ Plaintiff's religion
      E. ☐ Plaintiff's national origin
      F. ☐ Plaintiff's age
      G. ☐ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

      **THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

      A. ☐ Injunctive relief (specify what you want the Court to order): _____
      B. ☐ Back pay.
      C. ☐ Reinstatement to former position.
      D. ☑ Monetary damages in the amount of _I do not know_.
      E. ☑ That the Court appoint legal counsel.
      F. ☐ Such relief as may be appropriate, including costs and attorney's fees.
      G. ☐ Other (specify): _____

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: _5-26-2021_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

---

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I was hired October 19, 2009 for Christiana Care Health Services (CCHS) work with the company for eight years. My original start was with dietary department, I rose through the ranks as my last title being a monitor technician. I receive countless of awards and recognition for my work. Each year I would have leadership on my yearly review. During my last year of 2017 I did experience harassment, falsely accused, and emotional distress.

In February 2017 a former colleague harass me referencing my hair. Eric Grinniage complained on several occasions about my hair at work. Which I then reported his unprofessionalism to Human Resources, see email attachment to personnel February 3, 2017. At this point upper management became aware and still no one communicated with me to address the issue. As time passed on the work environment became hostile and with toxic demeanors according to Under Section 1 Amend § 1901, Title 2 of the Delaware Code protective hairstyles is protected under this right. However, violation professional work environment falsely accused me of negative behavior.

In July 2017 the former manger Rebe Thomas claim I did not follow protocol to report a patient low heart rate. At that time the patient had an history of low heart rate. In the beginning of the shift I called the nurse to notify her of the low heart rate and pauses. It was well documented because I had to start a new page Under chapter 68 section 18 "Health care" means any act or treatment performed or furnished, or which should have been performed or furnished, by any health-Care provider for, to or on behalf of a patient during the patient's medical care, treatment or confinement. Being falsely accused the work environment became toxic which lead to an emotional distress.

In July of 2017 emotional distress was already developed I was sent home by Employee. I was later approved for FMLA by employee health, (per letter dated according 5/25/2021), to Amend §1311(a)(1), Title 11 of the Delaware Code by striking "substantial emotional distress;" as it appears after "a reasonable person" and substituting in lieu thereof "fear, alarm, or distress;". At the time I was dealing with unprofessionalism and hostility within the work environment which cause emotional distress.

In reference to the develop toxic work environment which lead to my character being attack through harassment. The environment falsely accused in adequate referencing the patience care which was incorrect, the neglect of patient care was not adequate. From the turmoil of CCHS personnel the work environment caused emotional distress. While under emotional distress and the approval of FMLA I was continuously harassed. My previous employer lacked the professional treatment for me as a dedicated employee. By way of the negligence of my previous employer. My experiencing harassment, being falsely accused and emotional distress, I am asking the court for accountability and compensation with the negative wrongful termination with the correction to my employment record.